AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Joseph Kouba

V.

Fidelity & Deposit Company of Maryland, International Brotherhood of Teamsters Local 710, Patrick Flynn, Michael Sweeney, Gerald Pauli, Charles DeCola, Larry Alexander, Anthony Lamy, and Kevin Wagoner

CASE NUMBER: 15-cv-11211

ASSIGNED JUDGE: Hon. Robert W. Gettleman

DESIGNATED MAGISTRATE JUDGE: Hon. Maria Valdez

TO: (Name and address of Defendant)

Fidelity and Deposit Company of Maryland
c/o Director Anne Melissa Dowling
Illinois Department of Insurance
320 W. Washington
Springfield, Illinois 62767

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Sean Morales-Doyle
Despres Schwartz and Geoghegan, Ltd.
77 W. Washington Street, Suite 711
Chicago, Illinois 60602
(312) 372-2511, smoralesdoyle@dsgchicago.com

an answer to the complaint which is herewith served upon you, ___21___ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_____
(By) DEPUTY CLERK

December 2, 2016

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 12/02/2016 |
| NAME OF SERVER (PRINT) Miriam Shestack | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Served on Illinois Department of Insurance pursuant to statute

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/02/2016
            Date                    Signature of Server

Address of Server: 77 W. Washington St. Suite 711
Chicago, IL 60602

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.